IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-703 |
| v. | : | |
| | : | |
| NATHANIEL PITTS | : | |
| | : | |

**O R D E R**

**AND NOW**, this **15th** day of **March, 2011,** it is hereby **ORDERED** that Defendant's motion to suppress (doc. nos. 17 and 26) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**