IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL PITTS, | : | CRIMINAL ACTION |
| | : | NO. 10-703 |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-7593 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

### O R D E R

**AND NOW**, this **17th** day of **August, 2015,** for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 136) is **DENIED.**

It is **FURTHER ORDERED** that a Certificate of Appealability shall not issue.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**